JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-034-JLR |
| Plaintiff, | |
| v. | (~~PROPOSED~~) ORDER TO COMPEL DISCOVERY |
| ELIJAH R. ESPINOZA-ZIMMERLE, | |
| Defendant. | |

THE COURT has considered Elijah Espinoza-Zimmerle's motion to compel discovery and the records in this case.

IT IS NOW ORDERED that U.S. Probation and the government are compelled to disclose the following items, <u>if they have them, prior to the December 12, 2023 hearing</u>:

1. Mr. Espinoza-Zimmerle's MRT assignments.
2. Probation's written policies on MRT participation and the MRT participant handbook.
3. Mr. Espinoza-Zimmerle's full chron on MRT.
4. Emails, texts, call logs, and other communications between Mr. Espinoza-Zimmerle, MRT facilitators, and/or Probation about MRT.

DATED this 7th day of December 2023.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER TO COMPEL DISCOVERY
(*U.S. v. Espinoza-Zimmerle*, CR22-034-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Presented by:
s/ *Mukund Rathi*
Attorney for Elijah Espinoza-Zimmerle

ORDER TO COMPEL DISCOVERY
(*U.S. v. Espinoza-Zimmerle*, CR22-034-JLR) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**