UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>     v.<br><br>ELIJAH RIVER ESPINOZA-ZIMMERLE,<br><br>                Defendant. | CASE NO. CR22-0034JLR<br><br>ORDER |

Before the court is Defendant Elijah River Espinoza-Zimmerle's motion to strike the February 23, 2024 initial appearance on supervised release violations. (Mot. (Dkt. # 66); Reply (Dkt. # 71).) Plaintiff the United States of America (the "Government") opposes Mr. Espinoza-Zimmerle's motion. (Resp. (Dkt. # 70).) The court has considered the parties' submissions, the relevant portions of the record, and the governing law. Being fully advised, the court DENIES Mr. Espinoza-Zimmerle's motion. The

//

ORDER - 1

1  initial appearance on revocation proceedings will proceed on February 23, 2024 at 10:00

2  a.m. before Judge Tsuchida.

3  Dated this 22nd day of February, 2024.

*[signature]*

JAMES L. ROBART
United States District Judge