UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0034JLR |
| Plaintiff, | ORDER |
| v. | |
| ELIJAH ESPINOZA-ZIMMERLE, | |
| Defendant. | |

Before the court is Defendant Elijah Espinoza-Zimmerle's motion to compel

discovery from U.S. Probation and Pretrial Services ("USPO"). (Mot. (Dkt. # 127).) The

United States of America takes no position on the motion. (*Id.* at 1.) The court has

reviewed the motion, the record, and the applicable law. Being fully advised, the court

DENIES the motion.

Defendant requests that the court order USPO to produce, no later than April 25,

2025, to produce materials related to Defendant's employment and his substance use

disorder treatment, as well as materials related to unspecified "social networks" and a

ORDER - 1

1    "3/6/2025 conversation[,]" in advance of a scheduled disposition hearing on April 28,

2    2025. (Mot. at 1-2; *see also* 4/16/25 Not. (Dkt. # 123) (setting disposition hearing for

3    April 28, 2025).)  On April 23, 2025, the disposition hearing was continued to July 8,

4    2025.  (4/23/25 Not. (Dkt. # 128).)  The court sees no reason to order USPO to release the

5    requested information.  Accordingly, the court DENIES Defendant's motion (Dkt.

6    # 127).

7        Dated this 25th day of April, 2025.

8    _____
     JAMES L. ROBART
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2