UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>ELIJAH ESPINOZA-ZIMMERLE,<br><br>　　　　　　　Defendant. | CASE NO. CR22-0034JLR<br><br>ORDER |

The court has considered Defendant Elijah Espinoza-Zimmerle's motion to temporarily modify the conditions of his supervision to attend his sister's high school graduation ceremony pursuant to 18 U.S.C. § 3583(e)(2), along with the records in this case. (Mot. (Dkt. # 132); Reply (Dkt. # 139).)

//

//

//

ORDER - 1

1   Based on Mr. Espinoza-Zimmerle's performance while on supervised release, the
2   motion to modify (Dkt. # 132) is DENIED.  Further, Mr. Espinoza-Zimmerle's motion
3   to strike the Government's opposition to his motion (Dkt. # 138) is DENIED.
4   Dated this 30th day of May, 2025.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2